UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,

                        Petitioner,

-against-

NATIONAL DRYWALL INC. a/k/a NATIONAL DRYWALL INTERIOR'S INC.,

                        Respondent.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

23-CV-08474 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      On September 26, 2023, Petitioner filed a Petition to Confirm Arbitration ("Petition"). Dkt. No. 1. Petitioner served Respondent with the Petition and summons on October 19, 2023. Dkt. No. 19. On November 30, 2023, Petitioner filed a motion for summary judgment and supporting materials. Dkt. Nos. 20-24. Petitioner served the motion for summary judgment and supporting materials on Respondent on December 1, 2023. Dkt. No. 25. Pursuant to S.D.N.Y. Local Civil Rule 6.1(b), Respondent's opposition materials were due no later than December 15, 2023. To date, Respondent has not entered a notice of appearance and has not responded to the Petition in any way.

      It is hereby ORDERED that Respondent must file any opposing materials by no later than **March 12, 2024**; if Respondent fails to file opposing materials by that date, the Court will treat the Petition as unopposed. An extension of time is not likely to be granted.

      **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules to that party personally.

Dated: March 5, 2024
         New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge