UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,

        Petitioner,

-against-

NATIONAL DRYWALL INC. a/k/a NATIONAL DRYWALL INTERIOR'S INC.,

        Respondent.

23-CV-08474 (MMG)

**JUDGMENT**

---

MARGARET M. GARNETT, United States District Judge:

    The Court previously granted the Petitioner's unopposed Amended Petition to Confirm Arbitration Award for the reasons explained in the Court's Opinion and Order at Dkt. No. 27.

    Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Petitioner has final judgment against the Respondent in the amount of **$12,085.00**, which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $9,000.00; attorneys' fees in the sum of $2,610.00; and Court costs and disbursements in the sum of $475.00. In addition, the Court awards post-judgment interest from June 27, 2024.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: July 9, 2024
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge